In the Matter of the Accounting of OLIVE B. SEAMAN et al., as Trustees under the Will of FRANK SEAMAN, Deceased. PHILIP SEAMAN, Individually, et al., Appellants; OLIVE B. SEAMAN, Individually, Respondent.

Argued April 5, 1950; decided April 14, 1950.

*Richard B. Overbagh* and *N. LeVan Haver* for appellants.
*Harry H. Flemming* for respondent.
*Bern Budd* for successor trustee.

Order affirmed, with costs to the respondent Olive Brown Seaman payable out of the estate. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.